UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff-Respondent,<br><br>v.<br><br>OMAR ALARCON FUENTES,<br><br>Defendant-Petitioner. | NO: 2:13-CR-0125-TOR-2<br>2:16-CV-0376-TOR<br><br>ORDER DISMISSING § 2255 MOTION |

BEFORE THE COURT is Petitioner's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence (ECF No. 236). This matter returns from the Ninth Circuit for implementation of its directive.

## BACKGROUND

A jury convicted Petitioner of knowingly distributing over 50 grams of methamphetamine in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii). Petitioner was sentenced and he appealed his conviction. The Ninth Circuit issued a memorandum disposition affirming Petitioner's conviction. See ECF No. 248. The Ninth Circuit declined to consider Petitioner's ineffective assistance of

ORDER DISMISSING § 2255 MOTION ~ 1

counsel argument on direct review, *id*. at 4, explaining that neither extraordinary exception to the general rule applied, leaving the issue for collateral review. A petition for rehearing or rehearing *en banc* was filed, but it was eventually rejected. ECF No. 256.

While the appeal was pending, Petitioner filed a § 2255 motion which raised his ineffective assistance of counsel claims. ECF No. 236. This Court processed Petitioner's motion and denied the same. ECF No. 251. Petitioner appealed.

The Ninth Circuit vacated and remanded. In its Order, the Ninth Circuit explained that a district court should not entertain a habeas corpus petition while there is an appeal pending. It then ruled, "Accordingly, we summarily vacate the district court's order and remand for the district court to dismiss appellant's section 2255 motion without prejudice." ECF No. 258. The Mandate from the Ninth Circuit issued December 12, 2017. ECF No. 259.

**ACCORDINGLY**, **IT IS ORDERED:**

1. Petitioner's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence (ECF No. 236) is **DISMISSED without prejudice**.
2. Since this Order effectuates the Ninth Circuit's directive, this Court further certifies that there is no basis upon which to issue a certificate of appealability. 28 U.S.C. § 2253(c); Rule 11, Rules—Section 2255 Proceedings.

1  The District Court Executive is directed to enter this Order and provide

2  copies to the parties and **CLOSE** this file, and the corresponding civil file.

3  **DATED** December 19, 2017.



THOMAS O. RICE
Chief United States District Judge